**\*\* E-filed September 9, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN CHENG, | No. C10-03605 HRL |
| Plaintiff, | **INTERIM ORDER RE: APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| MICHAEL J. ASTURE, | [Re: Docket No. 2] |
| Defendant. | |

Before the Court is plaintiff Brian Cheng's Application to Proceed In Forma Pauperis. However, the Court cannot make a determination on his application at this time because it fails to include the amounts Plaintiff receives in relation to his worker's compensation payments and personal injury settlement as well as the amount of any cash on hand. If Plaintiff wishes to have the Court consider his application further, he must submit a new application that includes the missing information by **September 28, 2010**.

**IT IS SO ORDERED.**

Dated: September 9, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **C10-03605 HRL Notice will be sent by alternative means to:**

2  Dolly Marlo Trompeter
   D.M. Trompeter, Esq.
3  2261 Market Street
   #185
4  San Francisco, CA 94114-1600

5  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California