Dolly M. Trompeter,(CSBN 235784)     **\*\* E-filed September 29, 2010 \*\***
Attorney At Law
2261 Market Street, No. 185
San Francisco, CA 94114
Telephone:     415 271-8604
Fax:           415 431-0279

Attorney for Plaintiff <u>Brian Cheng</u>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| **BRIAN CHENG** | ) | Case No.:  C10-03605 HRL |
|---|---|---|
| | ) | |
| | ) | ~~PROPOSED~~ **ORDER AND REQUEST FOR ADDITIONAL TIME TO SUBMIT A NEW APPLICATION TO PROCEED IN FORMA PAUPERIS WITH ADDITIONAL INFORMATION AS REQUESTED BY THE COURT** |
| Plaintiff, | ) | |
| v. | ) | |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Plaintiff, by his attorney, respectfully requests additional time to submit a new application to proceed In Forma Pauperis per the Court Interim Order dated September 9, 2010 requiring additional information regarding the amounts Plaintiff receives in relation to his worker's compensation payments and personal injury settlement as well as the amount of any cash on hand.  All of the requested

1
~~PROPOSED~~ ORDER AND REQUEST FOR ADDITIONAL TIME TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS

information (including Workers' Compensation payments and personal injury settlement) is currently in a Special Needs Trust which is designed for use only for the care and welfare of the disabled plaintiff and is under the control of a guardian, Mr. Thomas Lucas. Plaintiff suffers from a cognitive disorder among other disabilities and is not currently aware of the amounts contained within the Special Needs Trust.  Plaintiff respectfully requests an additional 14 (Fourteen) days so that through his attorney and the guardian of this Special Needs Trust, he may ascertain the information requested by the Court and submit a new Application to Proceed In Forma Pauperis.

Respectfully submitted,

Date:   ___9/28/10_____      /s/_Dolly M. Trompeter_____

DOLLY M. TROMPETER, ESQ.

Attorney for Plaintiff

IT IS SO ORDERED that Plaintiff shall have an additional 14 days in which to re-file Request to Proceed In Forma Pauperis with additional information as requested by the Court, up to and including October 12, 2010.

Dated:  September 29, 2010         _____

THE HONORABLE HOWARD R. LLOYD,

United States Magistrate Judge

2

~~PROPOSED~~ ORDER AND REQUEST FOR ADDITIONAL TIME TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS