**\*\* E-filed May 2, 2011 \*\***

```
Dolly M. Trompeter,(CSBN 235784)
Attorney At Law
2261 Market Street, No. 185
San Francisco, CA 94114
Telephone:     415 271-8604
Fax:           415 431-0279
```

Attorney for Plaintiff Brian Cheng

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN CHENG**,<br><br>Plaintiff<br><br>v.<br><br>**MICHAEL J. ASTRUE,**<br>Commissioner of<br>Social Security,<br><br>Defendant. | Case No.: C10-03605 HRL<br><br>~~PROPOSED~~ **ORDER AND REQUEST FOR ADDITIONAL TIME TO SUBMIT ADDITIONAL INFORMATION REGARDING SPECIAL NEEDS TRUST AS REQUESTED BY THE COURT** |

Plaintiff, by his attorney, respectfully requests additional time to submit additional information from Mr. Thomas Lucas regarding the Plaintiff's Special Needs Trust. Plaintiff respectfully requests an additional 14 (Fourteen) days up to and including May 13, 2011 so that through his attorney and the guardian of this Special Needs Trust, he may ascertain information requested by the Court. This is Plaintiff's second request for an extension.

```
                                    Respectfully submitted,


Date:   __4/29/11_____        /s/_Dolly M. Trompeter_____

                                 DOLLY M. TROMPETER, ESQ.

                                 Attorney for Plaintiff
```

IT IS SO ORDERED that Plaintiff shall have an additional 14 days in which to submit additional information from Mr. Thomas Lucas regarding the Plaintiff's Special Needs Trust, as requested by the Court up to an including May 13, 2011.

```
Dated:  May 2, 2011              _____
                                 THE HONORABLE HOWARD R. LLOYD,
                                 United States Magistrate Judge
```

2

PROPOSED ORDER AND REQUEST FOR ADDITIONAL TIME TO SUBMIT ADDITIONAL INFORMATION REGARDING SPECIAL NEEDS TRUST AS REQUESTED BY THE COURT