Dolly M. Trompeter(CSBN 235784)
Attorney At Law
2261 Market Street, No. 185
San Francisco, CA 94114
Telephone:     415 271-8604
Fax:           415 431-0279

** E-filed January 10, 2012 **

Attorney for Plaintiff Brian Cheng

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| **Brian Cheng** | ) | Civil No. CV 10 3605 HRL |
|---|---|---|
|  | ) | **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| Plaintiff, | ) |  |
| v. | ) |  |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security, | ) |  |
| Defendant. | ) |  |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff may have an extension of 30 days in which to file his motion for summary judgment. Plaintiff's motion, which was formerly due on January 9, 2012 will now be due on February 8, 2012. This extension is necessary to provide further opportunity for review and analysis of

1

this case. The parties further stipulate that the Court's Procedural Order shall be modified accordingly.

    This is Plaintiff's first request for an extension.

Dated: _1/9/12_       /s/_Dolly M. Trompeter_

                              DOLLY M. TROMPETER, ESQ.
                              Attorney for Plaintiff


                              MELINDA L. HAAG,

                              United States Attorney


Dated: __1/9/12       By: /s/ Lynn Harada

                              *(as authorized via email on January 9, 2012)*

                              LYNN HARADA, ESQ.

                              Special Assistant U.S. Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall have an additional 30 days in which to file his motion for summary judgment, up to and including February 9, 2012.

Dated: January 10, 2012

                              Howard R. Lloyd,

                              Magistrate Judge,

                              United States District Court